# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Kareem R Prothro<br>    Heather D Prothro<br>            Debtor(s) | Case No. 12-39984 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/09/2012.

2) The plan was confirmed on 06/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/09/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/24/2014, 07/29/2015.

5) The case was completed on 06/14/2016.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $7,002.00.

10) Amount of unsecured claims discharged without payment: $88,713.48.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,580.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,580.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,361.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $349.23 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,710.23** |

Attorney fees paid and disclosed by debtor:   $139.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| ACC MASTER HOLDINGS LLC | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| ACC MASTER HOLDINGS LLC | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 5,906.00 | NA | NA | 0.00 | 0.00 |
| ACS EDUCATION SERVICES | Unsecured | 6,199.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 203.00 | 839.36 | 839.36 | 10.19 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 1,366.00 | 1,764.22 | 1,764.22 | 21.42 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 1,428.46 | 1,428.46 | 17.34 | 0.00 |
| COLORADO TECHNICAL UNIVERSITY | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 6,500.00 | 4,359.85 | 4,359.85 | 52.93 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 150.00 | 564.25 | 564.25 | 6.85 | 0.00 |
| DRIVE FINANCIAL SERVICES | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 13,450.00 | 20,301.05 | 20,301.05 | 246.48 | 0.00 |
| ERAC LOMBARD | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| GENTLE BREEZE | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 3,932.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 349.00 | 486.45 | 486.45 | 5.91 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 639.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 299.94 | 299.94 | 3.64 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 2,100.00 | 3,265.73 | 3,265.73 | 39.65 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 3,000.00 | 8,467.20 | 8,467.20 | 102.80 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,532.00 | 1,608.00 | 1,608.00 | 1,608.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 947.00 | 946.85 | 946.85 | 11.50 | 0.00 |
| NATIONAL SERVICE BUREAU | Unsecured | 1,437.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 600.00 | 611.93 | 611.93 | 7.43 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Secured | 1,021.56 | 700.09 | 700.09 | 700.09 | 50.44 |
| PIONEER LOAN | Unsecured | 1,793.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| PREMIER CREDIT CORPORATION | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| SJVC ONLINE | Unsecured | 5,208.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,598.00 | 2,608.62 | 2,608.62 | 31.67 | 0.00 |
| SPRINT CORP | Unsecured | 1,009.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 1,010.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 3,265.00 | 3,248.79 | 3,248.79 | 39.44 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 63,082.00 | 63,082.00 | 765.89 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 114,235.00 | 58,503.35 | 58,503.35 | 710.30 | 0.00 |
| VERIZON WIRELESS | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| WALSH & TOWNSEND LTD | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 19,101.00 | 19,694.83 | 19,694.83 | 239.12 | 0.00 |
| WELLS FARGO AUTO FINANCE | Unsecured | 15,864.00 | 16,364.00 | 16,364.00 | 198.68 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $700.09 | $700.09 | $50.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$700.09** | **$700.09** | **$50.44** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,608.00 | $1,608.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,608.00** | **$1,608.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$206,836.88** | **$2,511.24** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,710.23 |
| Disbursements to Creditors | $4,869.77 |
| **TOTAL DISBURSEMENTS** : | **$8,580.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/18/2016          By: /s/ Glenn Stearns
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**